UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL HENDERSON | NO.: 3:11-cv-01174 (MRK) |
| v. | |
| CITY OF MERIDEN AND DEBORAH MOORE | MAY 14, 2012 |

### DEFENDANTS' MOTION FOR LEAVE OF COURT TO DEPOSE PLAINTIFF, DAVID HENDERSON, CONFINED IN PRISON

Pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure, the Defendants, City of Meriden and Deborah Moore, hereby request leave of Court to depose the Plaintiff, **David Henderson, Inmate No. 140651**, currently incarcerated at the Willard-Cybulski Correctional Institution, located at 391 Shaker Road, in Enfield, Connecticut. In support thereof, the Defendants, through undersigned counsel, represent that David Henderson is a named plaintiff in this lawsuit and has pertinent, independent personal knowledge of material facts relevant to this case, and to his claims against the Defendants. The Plaintiffs will not be prejudiced should this Court grant this motion, as this deposition would be completed before the Scheduling Order discovery deadline of November 1, 2012.

The deposition is expected to be scheduled in early June 2012 at the Willard-Cybulski Correctional Institution, located at 391 Shaker Road, in Enfield, Connecticut.

WHEREFORE, the Defendants respectfully request that this Court grant their Motion for Leave of Court.

DEFENDANTS,
CITY OF MERIDEN AND
DEBORAH MOORE

By *[signature]*

Thomas R. Gerarde
ct05640
Katherine E. Rule
ct27360
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-11921
Ph:  (860) 249-1361
Fax: (860) 249-7665
E-mail: tgerarde@hl-law.com
E-mail: krule@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via first class mail to the following counsel of record this 14th day of May, 2012.

Daniel Henderson, Inmate #125223
Radgowski Correctional Center
986 Norwich-New London Trnpk
Uncasville, CT 06382

Mr. David Henderson, Inmate # 140651
Willard-Cybulski Correctional Institution
391 Shaker Road
Enfield , CT 06082

_____
Katherine E. Rule